# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-CV-24528

ALEXIS LOPEZ,

    Plaintiff,

v.

CIBONEY, INC. and
JOSE R. MORALES,

    Defendant.

_____/

## AFFIDAVIT OF LAURA DE CARDENAS

**Before me**, the undersigned authority, on this day personally appeared Laura De Cardenas, who, upon being duly sworn, deposes and says:

1. My name is Laura de Cardenas.

2. I am an adult resident of the United States.

3. I have personal knowledge of the matters set forth in this affidavit, and all statements are true and correct to the best of my knowledge, information, and belief. Unless otherwise noted, these are facts as they existed during the period of time at issue in this case.

4. I am part owner of Ciboney, Inc. Ciboney, Inc. operates as Ciboney Cuban Restaurant ("Ciboney") and is located at 18474 NW 67th Avenue, Hialeah, Florida 33015. My duties and responsibilities at Ciboney include hiring, managing and firing personnel, including waiters and waitresses.

5. Jose R. Morales is my husband.

6. Alexis Lopez began working as a waiter at Ciboney in 2014. I was responsible for managing Alexis Lopez. In March 2020, the COVID-19 Pandemic hit and Ciboney was forced to

lay off employees because a Miami Dade Ordinance shut down all restaurants. The COVID-19 Pandemic was very financially damaging for Ciboney.

7. On May 14, 2020, I reached out to Alexis Lopez to inform him that we were re-opening and that he could come back to work and he advised that he could not come in because he felt sick, and was receiving unemployment compensation. On May 22, 2020, I was notified by another employee, Juan Carlos, that Alexis Lopez had made the decision not to come back to work at Ciboney.[1] I texted Alexis Lopez to address whether he was coming back to work after obtaining this information and he never responded.

8. Alexis Lopez was a waiter and a tipped employee. As reflected in Ciboney documents, he earned way in excess of $30 in tips per month.

9. Alexis was aware of his status as a tipped employee and Ciboney's tip credit. In addition to conversations I had with him about the tip credit, he also signed a document confirming he was aware of the tipped employee minimum wage. His paystubs also reflected the tip credit kept by Ciboney.

10. Tipped employees, including Alexis Lopez, never had to share their tips in a "tip pool." All the tips earned by Alexis Lopez were kept by him.

11. Ciboney has never kept tips received by its employees, including Alexis Lopez, for *any* purposes. Managers and supervisors do not keep any portion of employees' tips.

12. Ciboney required Alexis Lopez to punch in and punch out of work and such records are kept through "Punch In Punch Out Reports." Ciboney Employees punch in and out of work through an electronic system called Clover Network, Inc. ("Clover") at the restaurant. Alexis Lopez was not required to work prior to the time he punched into the system nor was he required

---

[1] *See attached Text Message Thread,* attached hereto as Exhibit 1.

to perform any work after he punched out of the system. Ciboney never deducted any time from any of its employees.

13. Additionally, all tips earned by Alexis Lopez through customer debit and credit cards were recorded on what we called "Tip Reports." The amount of tips listed on these reports was fully retained by Alexis Lopez. In fact, Alexis Lopez earned more tips than what is listed because he also earned cash tips. He had the responsibility of inputting the cash tips he earned into the system because I had no way of knowing the amount of cash tips he earned.

14. Alexis Lopez did not attend trainings at Ciboney restaurant from November 2017 to March 2020.

15. I have reviewed the Ciboney Punch In Punch Out and Tip Reports. The hourly rate earned by Alexis Lopez from November 2017 to March 2020 is correct. When his hourly rate is multiplied by the total hours he worked and added to the total tips he earned in a specific period, Ciboney's records reflect Alexis Lopez made no less than $14 per hour from October 23, 2017 to December 31, 2017, no less than $13 per hour from January 1, 2018 to December 30, 2018, and earned at least $10 per hour from December 31, 2018 to March 22, 2020. I have created the attached charts to reflect how much Alexis Lopez made per hour for each pay period.[2]

16. Alexis Lopez never complained about the amount of his minimum wage, the tips he earned, nor Ciboney's failure to pay him for hours he worked in the six years he worked for Ciboney. The first time I had any notice of his alleged complaints was when I received the Complaint for his lawsuit.

---

[2] *See Hourly Rate and Tip Charts,* attached hereto as Composite Exhibit 2.

17. Ciboney is compliant with the law. Ciboney retains the services of Clover and an accounting firm to ensure that all hours worked by its employees are correctly reflected and that it is paying its employee in accordance with all laws.

**FURTHER AFFIANT SAYETH NOT**

**STATE OF FLORIDA** )

**COUNTY OF MIAMI-DADE** )

_____
LAURA DE CARDENAS, Affiant

Before me, the undersigned authority duly authorized to administer oaths personally appeared Laura De Cardenas, who is __✓__ personally known to me or _____ who has produced as proper identification_____, and who after being duly sworn, deposes an says that each of the averments set forth above are true and correct. The foregoing instrument was sworn to and acknowledged before me this 19th day of October 2021.

_____
Signature of Notary Public State of Florida



CECILIA QUEVEDO
MY COMMISSION # HH 096764
EXPIRES: May 25, 2025
Bonded Thru Notary Public Underwriters

_____
Print Stamp Commission

# COMPOSITE EXHIBIT 1

**Alexis Lopez**

May 6, 2020

Buenas Tardes Lau, Estube Leyendo Tu Mensaje Y Te Comento Que Por El Momento Es Mejor Que No Comience, Desde Hace Unos Dias Tengo Dolores De Cabeza y Fiebre (No Se Si Es El Covid-19) Estoy Dispuesto A Comenzar Cuando Sea Seguro, Pero De Momento No Quiero Exponer A Nadie; Apliqué Hace Un Mes Para El Unemployment Pero Aun No Me Han Dado Nada, Estoy Preocupado Con Estos Síntomas Pero Cuando

Más Que Nunca Necesito El Trabajo, Saludos.
4:37 PM

Omg Ale !
4:37 PM


😷🙏
4:38 PM

Tranquilo aún no se ni cuando vamos a empezar ! Es solo que hay que irse alistando !
4:38 PM

Espero mejores pronto !!!
Un abrazo de nosotros
4:38 PM

Gracias De Verdad, Cuidense.
4:38 PM

9:09

**2**  **Alexis Lopez**

> pronto !!!
> Un abrazo de nosotros
> 4:38 PM ✓✓

Gracias De Verdad, Cuidense.
4:38 PM

> **Alexis Lopez**
> Gracias De Verdad, Cuidense.
>
> A ti !!
> 4:39 PM ✓✓

> Solo espero esto acabe un día no muy lejano !
> 4:39 PM ✓✓

Yo Mas Que Nadie, Gracias.
4:39 PM

> Cuídate mucho !
> 4:39 PM

May 14, 2020

9:09

< 2   Alexis Lopez

Ale !
B tardes !
12:58 PM

Esto es un pequeño curso que necesito hagas !
12:58 PM

Esta en español
12:58 PM

Listo 👍
12:59 PM

ree Training Videos

elect one or more of the training videos and complete registrat
lick any training video listing to view its details.

NEW - ServSafe Reopening Guidance: COVID-19 Precautions (English)
Available On Demand

✓ NEW - ServSafe Reopening Guidance: COVID-19 Precautions (Spanish)
disponible on demand

ServSafe Takeout: COVID-19 Precautions (English)
Available On Demand

ServSafe Takeout: COVID-19 Precautions (Spanish)
disponible on demand

Ready Pensé Que Iba A

9:10

2   Alexis Lopez

> ~~hagas?~~
> 12:58 PM ✓✓

> Esta en español
> 12:58 PM ✓✓

Listo 👍
12:59 PM

**ree Training Videos**

elect one or more of the training videos and complete registrat
lick any training video listing to view its details.

☐ NEW - ServSafe Reopening Guidance: COVID-19 Precautions (English)
Available On Demand

☑ NEW - ServSafe Reopening Guidance: COVID-19 Precautions (Spanish)
disponible on demand

☐ ServSafe Takeout: COVID-19 Precautions (English)
Available On Demand

☐ ServSafe Takeout: COVID-19 Precautions (Spanish)
disponible on demand

Ready, Pensé Que Iba A Tener Un Test O Preguntas Al Final, Es Solo El Video De Orientación.
1:27 PM

NEW • ServSafe Reopening Guidelines

9:10

< 2  Alexis Lopez

- ServSafe Delivery
- ServSafe Reopening Guidelines

# Thank you for registering

Attendance details have been emailed to you.

# You are registered for:

**Title:** NEW - ServSafe Reopening Guidance: COVID-19 Precautions (Spanish)
**URL:** https://event.on24.com/wcc/r/2348707/0B8294F783CD382BB03C9AAFD7A7FE0F
**Duration:** 17 minutes

1:27 PM

**Si es algo simple**
1:28 PM ✓✓


1:28 PM

ServSafe
National Restaurant Association

RECORD OF TRAINING

This **Record of Training** is awarded to

laura de cardenas

Congratulations! You have completed
**ServSafe Re-Opening Guidance: COVID-19 Precautions**

May 14, 2020

**Alexis Lopez**

1:30 PM

Te darán esto !
1:30 PM

Por Email?
1:31 PM

NO se ale
Me lo hizo nana
1:33 PM

Aquí está Juan c
1:33 PM

Estamos limpiando
1:33 PM

Emilio se va a las 4
1:33 PM

Ok
1:33 PM

**Alexis Lopez**

> Emilio se va a las 4
> 1:33 PM

Ok
1:33 PM

📄 ServSafe Certificate.pdf
1 page • 109 KB • ...   3:05 PM

> Gracias Ale !!!
> 3:05 PM

👍
3:05 PM

**May 22, 2020**

> Hola me dijo Juan Carlos que no regresas
> 12:49 PM

# COMPOSITE EXHIBIT 2

| PAY PERIOD | HOURS WORKED | PAY TOTAL | TIPS EARNED | PAY W/ TIPS/HR | RATE OF PAY |
|---|---|---|---|---|---|
| 05/22/2017-06/04/2017 | 67.7 | 343.92 | 590.7 | $13.80 | $5.08/HR (+$3.02) |
| 06/05/2017-06/18/2017 | 62.02 | 315.04 | 701.82 | $16.39 | |
| 06/19/2017-07/02/2017 | 60.93 | 309.54 | 343.84 | $10.72 | |
| 07/03/2017-07/16/2017 | 47.83 | 242.99 | 607.24 | $17.77 | |
| 07/17/2017-07/30/2017 | 72.4 | 367.79 | 331.01 | $9.65 | |
| 07/31/2017-08/13/2017 | 72.45 | 368.05 | 640.37 | $13.91 | |
| 08/14/2017-08/27/2017 | 61.3 | 311.4 | 675.74 | $16.10 | |
| 08/28/2017-09/10/2017 | 47.23 | 239.95 | 431.63 | $14.21 | |
| 09/11/2017-09/24/2017 | 74.73 | 379.65 | 963.75 | $17.97 | |
| 09/25/2017-10/08/2017 | 61.03 | 310.05 | 911.9 | $20.02 | |
| 10/09/2017-10/22/2017 | 74.6 | 378.97 | 856.24 | $16.55 | |
| 10/23/2017-11/05/2017 | 66.83 | 339.51 | 609.77 | $14.20 | |
| 11/06/2017-11/19/2017 | 65.85 | 334.52 | 732.72 | $16.20 | |
| 11/20/2017-12/03/2017 | 72.72 | 369.4 | 672.35 | $14.32 | |
| 12/04/2017-12/17/2017 | 73.27 | 372.19 | 834.02 | $16.47 | |
| 12/18/2017-12/31/2017 | 65.75 | 334.01 | 639.74 | $14.80 | |

Min Wage FL 2017: $8.10

| PAY PERIOD | HOURS WORKED | PAY TOTAL | TIPS EARNED | PAY W/ TIPS/HR | RATE OF DAY |
|---|---|---|---|---|---|
| 01/01/2018-01/14/2018 | 68.5 | 358.25 | 636.65 | $14.52 | $5.23/hr |
| 01/15/2018-01/28/2018 | 66.67 | 348.69 | 569.5 | $13.77 | |
| 01/29/2018-02/11/2018 | 68.47 | 358.1 | 641.2 | $14.59 | |
| 02/12/2018-02/25/2018 | 79.83 | 417.5 | 1041.19 | $18.27 | |
| 02/26/2018-03/11/2018 | 63.1 | 330.02 | 601.06 | $14.75 | |
| 03/12/2018-03/25/2018 | 70.26 | 367.47 | 595.75 | $13.70 | |
| 03/26/2018-04/08/2018 | 59 | 308.56 | 773.36 | $18.33 | |
| 04/09/2018-04/22/2018 | 68.28 | 357.11 | 891.51 | $18.28 | |
| 04/23/2018-05/06/2018 | 59.65 | 311.96 | 665.66 | $16.38 | |
| 05/07/2018-05/20/2018 | 75.02 | 392.35 | 938.69 | $17.74 | |
| 05/21/2018-06/03/2018 | 72.79 | 380.69 | 604.28 | $13.53 | |
| 06/04/2018-06/17/2018 | 69.6 | 364 | 649.79 | $14.56 | |
| 06/18/2018-07/01/2018 | 33.68 | 176.14 | 386.59 | $16.70 | |
| 07/02/2018-07/15/2018 | 57.96 | 303.13 | 605.62 | $15.67 | |
| 07/16/2018-07/29/2018 | 61.59 | 322.11 | 501.36 | $13.37 | |
| 07/30/2018-08/12/2018 | 72.47 | 379.02 | 571.15 | $13.11 | |
| 08/13/2018-08/26/2018 | 57.64 | 301.46 | 590 | $15.46 | |
| 08/27/2018-09/09/2018 | 75.02 | 392.36 | 780.75 | $15.63 | |
| 09/10/2018-09/23/2018 | 71.95 | 376.3 | 872.85 | $17.36 | |
| 09/24/2018-10/07/2018 | 71.84 | 375.74 | 591.02 | $13.45 | |
| 10/08/2018-10/21/2018 | 76.01 | 397.53 | 836.38 | $16.23 | |
| 10/22/2018-11/04/2018 | 74.78 | 391.11 | 697.02 | $14.55 | |
| 11/05/2018-11/18/2018 | 73.33 | 383.53 | 641.57 | $13.97 | |
| 11/19/2018-12/02/2018 | 69.62 | 364.13 | 668.62 | $14.83 | |
| 12/03/2018-12/16/2018 | 74.63 | 390.32 | 763.19 | $15.45 | |
| 12/17/2018-12/30/2018 | 66.36 | 347.06 | 734.56 | $16.29 | |

| PAY PERIOD | HOURS | PAY TOTAL | TIPS EARNED | PAY W/ TIPS/HR | RATE OF DAY |
|---|---|---|---|---|---|
| 12/31/2018-01/13/2019 | 67.34 | 366.35 | 669.73 | $15.38 | $5.44/hr |
| 01/14/2019-01/27/2019 | 74.2 | 403.66 | 612.66 | $13.69 | |
| 01/28/2019-02/10/2019 | 73.34 | 398.96 | 721.45 | $15.27 | |
| 02/11/2019-02/24/2019 | 79.36 | 431.72 | 882.6 | $16.56 | |
| 02/25/2019-03/10/2019 | 74.18 | 403.54 | 746.06 | $15.49 | |
| 03/11/2019-03/24/2019 | 74.69 | 406.3 | 621.84 | $13.76 | |
| 03/25/2019-04/07/2019 | 78.32 | 426.08 | 496.33 | $11.77 | |
| 04/08/2019-04/21/2019 | 77.31 | 420.57 | 813.52 | $15.96 | |
| 04/22/2019-05/05/2019 | 75.79 | 412.31 | 756.39 | $15.42 | |
| 05/06/2019-05/19/2019 | 74.94 | 407.67 | 571.69 | $13.06 | |
| 05/20/2019-06/02/2019 | 76.75 | 417.51 | 639.08 | $13.76 | |
| 06/03/2019-06/16/2019 | 76.07 | 413.83 | 491.45 | $11.90 | |
| 06/17/2019-06/30/2019 | 78.01 | 424.37 | 694.02 | $14.33 | |
| 07/01/2019-07/14/2019 | 76.4 | 415.63 | 445.32 | $11.26 | |
| 07/15/2019-07/28/2019 | 76.13 | 414.16 | 730.58 | $15.03 | |
| 07/29/2019-08/11/2019 | 45.03 | 245.23 | 389.9 | $14.10 | |
| 08/12/2019-08/25/2019 | 57.47 | 312.64 | 468.2 | $13.58 | |
| 08/26/2019-09/08/2019 | 77.24 | 420.18 | 402.93 | $10.65 | |
| 09/09/2019-09/22/2019 | 76.99 | 418.84 | 877.36 | $16.83 | |
| 09/23/2019-10/06/2019 | 79.83 | 434.28 | 664.75 | $13.76 | |
| 10/07/2019-10/20/2019 | 79.93 | 434.81 | 702.87 | $14.23 | |
| 10/21/2019-11/03/2019 | 79.9 | 434.66 | 658.44 | $13.68 | |
| 11/04/2019-11/17/2019 | 79.48 | 432.37 | 655.12 | $13.68 | |
| 11/18/2019-12/01/2019 | 78.62 | 427.69 | 815.99 | $15.81 | |
| 12/02/2019-12/15/2019 | 78.29 | 425.9 | 612.56 | $13.26 | |
| 12/16/2019-12/29/2019 | 71.02 | 386.35 | 628.99 | $14.29 | |

| PAY PERIOD | HOURS | PAY TOTAL | TIPS EARNED | PAY W/ TIPS/HR | RATE OF DAY |
|---|---|---|---|---|---|
| 12/30/2019-01/12/2020 | 71.27 | 394.16 | 687.42 | $15.17 | $5.54/hr |
| 01/13/2020-01/26/2020 | 77.05 | 426.86 | 661.67 | $14.12 | |
| 01/27/2020-02/09/2020 | 79.92 | 442.77 | 784.17 | $15.35 | |
| 02/10/2020-02/23/2020 | 79.67 | 441.39 | 834.43 | $16.01 | |
| 02/24/2020-03/08/2020 | 79.81 | 442.13 | 1058.78 | $18.80 | |
| 03/09/2020-03/22/2020 | 66.51 | 368.46 | 314.74 | $10.27 | |
| 03/23/2020-04/05/2020 | 32.56 | 195.36 | | | |
| | | | | | |