# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-24528-KING/BECERRA

ALEXIS LOPEZ,

     Plaintiff,

vs.

CIBONEY, INC. and
JOSE R. MORALES,

     Defendants.

_____/

## PLAINTIFF'S RULE 26(a) DISCLOSURES

Plaintiff, Alexis Lopez, discloses the following pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Local Rule 26.1, and the information reasonably available to them:

### i. Individuals with Discoverable Information

The following list of individuals known to Plaintiffs at this time that are likely to have discoverable information that Plaintiffs may use to support their claims or defenses, unless solely for impeachment, and the subjects of that information:

1. **Alexis Lopez, Plaintiff** – c/o FairLaw Firm

    Ms. Alexis Lopez has knowledge regarding his employment with Defendants, the type of work he performed for Defendants, his responsibilities, his hours worked, pay received from Defendants, cash received from Defendants, deductions from the pay he earned, treatment he received at work, problems with timekeeping by Defendants, and other issues raised by the pleadings.

2. **Designated Representative(s), Ciboney, Inc.** – c/o Quintairos, Prieto, Wood & Boyer, P.A.

    The 30(b)(6) representative of Ciboney, Inc., is believed to have knowledge of Plaintiff's employment with Defendants, its gross annual revenues, the interstate commerce engage in by Defendant, the general business of Defendant, payroll records, accounting records, pay and payroll practices, the timekeeping by Defendant, the way that Defendant monitored the days and hours worked by Plaintiff, the employment and time records

1

made and kept by Defendant, the other records made and kept by Defendant relating to the time when Plaintiff worked and/or was subject to work for Defendant, the policies and procedures of Defendant as they related to payment, overtime wage payments, pay deductions, write-ups, and other information relevant to the issues raised by the pleadings.

3. **Jose R. Morales, Defendant** – c/o Quintairos, Prieto, Wood & Boyer, P.A.

Jose R. Morales is believed to have knowledge of Plaintiff's employment with Defendants, the employment and time records made and kept by Defendants, the general business of Defendant, the other records made and kept by Defendant relating to the time when Plaintiff worked and/or worked subject to work for Defendants, the policies and procedures of Defendants as they related to payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

4. **Defendants' Employee, Juan Carlos __** - Employee of Defendants

Juan Carlos __ is believed to have knowledge of Plaintiff's employment with Defendants, the general business of Defendants, the hours worked by Plaintiff, the schedules worked by Plaintiff and Defendants' other employees, Plaintiff's pay, and the policies and procedures of Defendants as they related to payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

5. **Defendants' Employee, Laura __** - Employee of Defendants

Laura __ is believed to have knowledge of Plaintiff's employment with Defendants, the general business of Defendants, the hours worked by Plaintiff, the schedules worked by Plaintiff and Defendants' other employees, Plaintiff's pay, and the policies and procedures of Defendants as they related to payment, overtime wage payments, deductions from pay, and other information relevant to the issues raised by the pleadings.

## ii.  <u>Documentary and Electronic Information</u>

The following is a description by category and location of the documents, data compilations, and tangible things in Plaintiff's possession, custody, or control that Plaintiff may use to support their claims or defenses, unless solely for impeachment:

*BATES 000001-000065*

1. Text Messages.
2. Paystubs.
3. Worm W-2 for 2017, and
4. Form 1099 for 2019.

135 San Lorenzo Avenue, Suite 770, Miami, FL 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*

### iii.  <u>Damages Claimed By Plaintiff</u>

While Plaintiff is unable to specifically calculate damages without records that are in the custody or control of the Defendants, in general, Plaintiff estimates that he is owed the following damages:

| | |
|---|---|
| Unpaid Minimum Wages (Overtime) 2014 - 2020 | $  7,478.40 |
| Unpaid Minimum Wages (Tip Credit) 2014 -2020 | $ 17,258.00 |
| Liquidated Damages: | $ 24,736.40 |
| **Total:** | **$ 49,472.80** |

Plaintiffs also seeks his attorneys' fees and costs, and all interested allowed by law.

3.      **Interest**

Plaintiff anticipates seeking the pre- and post-judgment interest to which he is entitled by law. The amount of interest is not subject to calculation at this time. The damages sought/claimed by Plaintiff is estimated and subject to modification pending further discovery.

3.      **Costs**

Plaintiff anticipates seeking his allowable costs upon prevailing in this litigation. This amount is not subject to calculation at this time.

4.      **Attorneys' Fees**

Plaintiff anticipates seeking his attorneys' fees as part of the damages to which he would be entitled upon prevailing in this litigation. This amount is not subject to calculation at this time.

### iv.  <u>Insuring Agreements</u>

None known to Plaintiff.

### v.  <u>Rule 26(b)(5)—Privileged Documents Being Withheld by Plaintiffs</u>

1.      Notes and memoranda prepared by Plaintiff's counsel reflecting confidential information provided by Plaintiff to his counsel regarding the matters at issue in this case. Privileges asserted: attorney/client privilege, attorney work product.

2.      Notes and memoranda prepared by Plaintiff's counsel containing mental impressions, conclusions, opinions, or legal theories concerning this litigation. Privileges asserted:

3

attorney/client privilege, attorney work product.

3.      Correspondence between Plaintiff's counsel and Plaintiff regarding this case. Privileges asserted: attorney/client privilege, attorney work product.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on this 30th day of July, 2021, on Reginald J. Clyne, Esq., rclyne.pleadings@qpwblaw.com, Reginald.clyne@qpwblaw.com, Cecilia.quevedo@qpwblaw.com, and Gcastro@qpwblaw.com, Quintairos, Prieto, Wood & Boyer, P.A., *as Counsel for Defendants*, 9300 S. Dadeland Blvd., 4th Floor, Florida 33156.

*s/*Brian Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Miami, FL 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*