# EXHIBIT G

Company Code   Loc/Dept   Number   Page
K1 / LOL 23616909   01/004   50154   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting:   09/11/2017
Period Ending:   09/24/2017
Pay Date:   09/27/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   0   Federal:
State:   0   State:
Local:   0   Local:
Social Security Number:   ▮▮▮▮▮

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 74.73 | 379.63 | 2217.42 |
| Credit card tips paid | | 0.00 | 963.75 | 4757.55 |
| Credit card tips owed | | 0.00 | 134.32 | 568.72 |
| **Gross Pay** | | | **$1,477.70** | $7,543.69 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 225.68 | 1318.23 |
| Total Hours Worked | 74.73 | 436.50 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -190.45 | 913.14 |
| Social Security | -91.62 | 467.71 |
| Medicare | -21.42 | 109.38 |
| **Net Pay** | **$210.46** | |

---

00294
Company Code   Loc/Dept   Number   Page
K1 / LOL 23616909   01/004   50237   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting:   11/20/2017
Period Ending:   12/03/2017
Pay Date:   12/19/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   0   Federal:
State:   0   State:
Local:   0   Local:
Social Security Number:   ▮▮▮▮▮X

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 73.27 | 372.21 | 3982.57 |
| Credit card tips paid | | 0.00 | 834.02 | 8763.88 |
| Credit card tips owed | | 0.00 | 73.22 | 1210.45 |
| **Gross Pay** | | | **$1,279.45** | $13,956.90 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 221.28 | 2367.59 |
| Total Hours Worked | 73.27 | 783.97 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -160.72 | 1710.11 |
| Social Security | -79.33 | 865.33 |
| Medicare | -18.56 | 202.38 |
| **Net Pay** | **$186.82** | |

PLAINTIFF, ALEXIS LOPEZ
000018

**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909   01/004   50055   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting:   07/03/2017
Period Ending:   07/16/2017
Pay Date:   07/19/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
 Federal:   0   Federal:
 State:   0   State:
 Local:   0   Local:
Social Security Number:   ███████X

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 47.83 | 242.98 | 552.50 |
| Credit card tips paid | | 0.00 | 651.08 | 1286.36 |
| **Gross Pay** | | | **$894.06** | **$1,838.86** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 144.45 | 328.46 |
| Total Hours Worked | 47.83 | 108.76 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -102.91 | 213.43 |
| Social Security | -55.43 | 114.01 |
| Medicare | -12.96 | 26.66 |
| **Net Pay** | **$71.68** | |

---

**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909   01/004   50119   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

Period Starting:   08/14/2017
Period Ending:   08/27/2017
Pay Date:   08/30/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
 Federal:   0   Federal:
 State:   0   State:
 Local:   0   Local:
Social Security Number:   ███████X

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 61.30 | 311.40 | 1597.86 |
| Credit card tips paid | | 0.00 | 675.54 | 3361.97 |
| Credit card tips owed | | 0.00 | 64.88 | 224.88 |
| **Gross Pay** | | | **$1,051.82** | **$5,184.71** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 185.13 | 949.92 |
| Total Hours Worked | 61.30 | 314.54 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -126.57 | 621.70 |
| Social Security | -65.21 | 321.45 |
| Medicare | -15.25 | 75.18 |
| **Net Pay** | **$169.25** | |

PLAINTIFF, ALEXIS LOPEZ
000019

00216
**Company Code    Loc/Dept    Number    Page**
**K1 / LOL 23616909    01/004    50437    1 of 1**
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**



Period Starting:      05/21/2018
Period Ending:       06/03/2018
Pay Date:              06/20/2018

Taxable Marital Status:      Single
Exemptions/Allowances:       Tax Override:
      Federal:    0              Federal:
      State:      0              State:
      Local:      0              Local:
Social Security Number:    ███████████K

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 71.30 | 372.90 | 4706.54 |
| Credit card tips paid | | 0.00 | 649.79 | 9248.96 |
| Credit card tips owed | | 0.00 | 123.31 | 2447.79 |
| **Gross Pay** | | | **$1,146.00** | **$16,403.29** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 215.33 | 2766.56 |
| Total Hours Worked | 71.30 | 905.83 |

**Important Notes**

06/04 to 06/17

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -113.12 | 1725.08 |
| Social Security | -71.05 | 1017.00 |
| Medicare | -16.62 | 237.85 |
| **Net Pay** | **$295.42** | |

---

**Company Code    Loc/Dept    Number    Page**
**K1 / LOL 23616909    01/004    50171    1 of 1**
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**



Period Starting:      09/25/2017
Period Ending:       10/08/2017
Pay Date:              10/11/2017

Taxable Marital Status:      Single
Exemptions/Allowances:       Tax Override:
      Federal:    0              Federal:
      State:      0              State:
      Local:      0              Local:
Social Security Number:       Local:

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 61.03 | 310.03 | 2527.45 |
| Credit card tips paid | | 0.00 | 911.00 | 5668.55 |
| Credit card tips owed | | 0.00 | 217.54 | 786.26 |
| **Gross Pay** | | | **$1,438.57** | **$8,982.26** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 184.31 | 1502.54 |
| Total Hours Worked | 61.03 | 497.53 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -184.58 | 1097.72 |
| Social Security | -89.19 | 556.90 |
| Medicare | -20.86 | 130.24 |
| Net Pay | | |

PLAINTIFF, ALEXIS LOPEZ
000020

00269
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50561   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting:   09/24/2018
Period Ending:   10/07/2018
Pay Date:   10/22/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   0     Federal:
  State:   0     State:
  Local:   0     Local:
Social Security Number:

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 79.90 | 417.88 | 7620.66 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 836.58 | 14985.75 |
| Credit card tips owed | | 0.00 | 103.18 | 3708.27 |
| **Gross Pay** | | | **$1,357.64** | **$26,638.18** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 241.30 | 4553.71 |
| Total Hours Worked | 79.90 | 1497.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -138.51 | 2733.62 |
| Social Security | -84.18 | 1651.57 |
| Medicare | -19.68 | 386.25 |
| **Net Pay** | **$278.69** | |

---

00252
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50286   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

Period Starting:   01/01/2018
Period Ending:   01/14/2018
Pay Date:   01/31/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   0     Federal:
  State:   0     State:
  Local:   0     Local:
Social Security Number:    K

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 70.12 | 356.21 | 1048.46 |
| Credit card tips paid | | 0.00 | 569.58 | 1845.97 |
| Credit card tips owed | | 0.00 | 203.40 | 702.89 |
| **Gross Pay** | | | **$1,129.19** | **$3,597.32** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 222.28 | 654.26 |
| Total Hours Worked | 70.12 | 206.39 |

**Important Notes**

01/15 to 01/28

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -111.10 | +16.92 |
| Social Security | -70.01 | 223.03 |
| Medicare | -16.37 | 52.16 |
| **Net Pay** | **$362.13** | |

PLAINTIFF, ALEXIS LOPEZ
000021

00252
**Company Code     Loc/Dept   Number   Page**
**K1 / LOL 23616909    01/004      50451    1 of 1**
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting:     06/04/2018
Period Ending:      06/17/2018
Pay Date:              07/03/2018

Taxable Marital Status:     Single
Exemptions/Allowances:         Tax Override:
   Federal:     0          Federal:
   State:        0          State:
   Local:        0          Local:
Social Security Number:

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | | | 0.00 | 4706.54 |
| Tipped overtime hours | 9.3550 | 34.58 | 323.50 | 323.50 |
| Credit card tips paid | | 0.00 | 386.56 | 9635.52 |
| Credit card tips owed | | 0.00 | 96.26 | 2544.05 |
| **Gross Pay** | | | **$806.32** | **$17,209.61** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 104.43 | 2870.99 |
| Total Hours Worked | 34.58 | 940.41 |

**Important Notes**

June 18 To July 1

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -72.35 | 1797.43 |
| Social Security | -50.00 | 1067.00 |
| Medicare | -11.69 | 249.54 |
| **Net Pay** | **$285.72** | |

---

00176
**Company Code     Loc/Dept   Number   Page**
**K1 / LOL 23616909    01/004      50533    1 of 1**
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

Period Starting:     08/27/2018
Period Ending:      09/09/2018
Pay Date:              09/24/2018

Taxable Marital Status:     Single
Exemptions/Allowances:         Tax Override:
   Federal:     0          Federal:
   State:        0          State:
   Local:        0          Local:
Social Security Number:

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 74.37 | 388.96 | 6816.54 |
| Tipped overtime hours | | 0.00 | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 872.85 | 13558.15 |
| Credit card tips owed | | 0.00 | 204.39 | 3397.99 |
| **Gross Pay** | | | **$1,466.20** | **$24,096.18** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 224.60 | 4089.38 |
| Total Hours Worked | 74.37 | 1343.85 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -151.54 | 2477.39 |
| Social Security | -90.90 | 1493.96 |
| Medicare | -21.26 | 349.39 |
| **Net Pay** | **$329.65** | |

PLAINTIFF, ALEXIS LOPEZ
000022

00274
**Company Code**    **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909    01/004    50253   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

**ADP**

Period Starting:   12/04/2017
Period Ending:   12/17/2017
Pay Date:   01/03/2018

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:   0     Federal:
   State:   0     State:
   Local:   0     Local:
Social Security Number:   ▮▮▮▮▮▮▮

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 65.75 | 334.01 | 334.01 |
| Credit card tips paid | | 0.00 | 639.74 | 639.74 |
| Credit card tips owed | | 0.00 | 231.24 | 231.24 |
| **Gross Pay** | | | **$1,204.99** | $1,204.99 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -149.55 | 149.55 |
| Social Security | -74.71 | 74.71 |
| Medicare | -17.47 | 17.47 |
| **Net Pay** | **$323.52** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 208.43 | 208.43 |
| Total Hours Worked | 65.75 | 65.75 |

---

00123
**Company Code**    **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909    01/004    50301   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

**ADP**

Period Starting:   01/15/2018
Period Ending:   01/28/2018
Pay Date:   02/14/2018

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:   0     Federal:
   State:   0     State:
   Local:   0     Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 69.72 | 364.64 | 1413.10 |
| Credit card tips paid | | 0.00 | 641.20 | 2487.17 |
| Credit card tips owed | . | 0.00 | 122.76 | 825.65 |
| **Gross Pay** | | | **$1,128.60** | $4,725.92 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -111.03 | 329.95 |
| Social Security | -69.98 | 293.01 |
| Medicare | -16.37 | 68.53 |
| **Net Pay** | **$290.02** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 210.55 | 864.81 |
| Total Hours Worked | 69.72 | 276.11 |

PLAINTIFF, ALEXIS LOPEZ
000023

00209
**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909  01/004  50219  1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**



Period Starting:  11/06/2017
Period Ending:  11/19/2017
Pay Date:  12/05/2017

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
   Federal:  0  Federal:
   State:  0  State:
   Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 72.72 | 369.42 | 3610.36 |
| Credit card tips paid | | 0.00 | 672.35 | 7929.86 |
| Credit card tips owed | | 0.00 | 114.39 | 1137.23 |
| **Gross Pay** | | | **$1,156.16** | **$12,677.45** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 219.61 | 2146.31 |
| Total Hours Worked | 72.72 | 710.70 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -142.22 | 1558.39 |
| Social Security | -71.68 | 786.00 |
| Medicare | -16.76 | 183.82 |
| **Net Pay** | **$253.15** | |

---

**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909  01/004  50137  1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**



Period Starting:  08/28/2017
Period Ending:  09/10/2017
Pay Date:  09/13/2017

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
   Federal:  0  Federal:
   State:  0  State:
   Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 47.23 | 239.93 | 1837.79 |
| Credit card tips paid | | 0.00 | 431.83 | 3793.80 |
| Credit card tips owed | | 0.00 | 209.52 | 434.40 |
| **Gross Pay** | | | **$881.28** | **$6,065.99** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 142.63 | 1092.55 |
| Total Hours Worked | 47.23 | 361.77 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.99 | 722.69 |
| Social Security | -54.64 | 376.09 |
| Medicare | -12.78 | 87.96 |
| **Net Pay** | **$281.04** | |

PLAINTIFF, ALEXIS LOPEZ
000024

**Earnings Statement**

ADP®

Company Code
K1 / LOL 23616909   Loc/Dept   Number   Page
                    01/004     50187    1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

Period Starting:   10/09/2017
Period Ending:     10/22/2017
Pay Date:          10/25/2017

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
   Federal:   0          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Alexis Lopez
17910 NW 67 Ave
#F
Miami, FL 33015

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 74.60 | 378.97 | 2906.42 |
| Credit card tips paid | | 0.00 | 856.24 | 6524.79 |
| Credit card tips owed | | 0.00 | 172.41 | 958.67 |
| **Gross Pay** | | | **$1,407.62** | **$10,389.88** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 225.29 | 1727.83 |
| Total Hours Worked | 74.60 | 572.13 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -179.94 | 1277.66 |
| Social Security | -87.27 | 644.17 |
| Medicare | -20.41 | 150.65 |
| **Net Pay** | **$263.76** | |

---

00214
**Earnings Statement**

ADP®

Company Code
K1 / LOL 23616909   Loc/Dept   Number   Page
                    01/004     50202    1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

Period Starting:   10/23/2017
Period Ending:     11/05/2017
Pay Date:          11/22/2017

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
   Federal:   0          Federal:
   State:     0          State:
   Local:     0          Local:
Social Security Number:   XXX-XX-XXXX

Alexis Lopez
17910 NW 67 Ave
#F
Miami, FL 33015

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 65.85 | 334.52 | 3240.94 |
| Credit card tips paid | | 0.00 | 732.72 | 7257.51 |
| Credit card tips owed | | 0.00 | 64.17 | 1022.84 |
| **Gross Pay** | | | **$1,131.41** | **$11,521.29** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 198.87 | 1926.70 |
| Total Hours Worked | 65.85 | 637.98 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -138.51 | 1416.17 |
| Social Security | -70.15 | 714.32 |
| Medicare | -16.41 | 167.06 |
| **Net Pay** | **$173.62** | |

PLAINTIFF, ALEXIS LOPEZ
000025

**Company Code**
K1 / LOL 23616909
Ciboney Inc
18874 NW 67th Avenue
Hialeah, FL 33015-3412

**Loc/Dept**
01/004

**Number**
50080

**Page**
1 of 1

## Earnings Statement



Period Starting: 07/17/2017
Period Ending: 07/30/2017
Pay Date: 08/02/2017

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
   Federal:     0          Federal:
   State:       0          State:
   Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 72.03 | 365.91 | 918.41 |
| Credit card tips paid | | 0.00 | 759.70 | 2046.06 |
| **Gross Pay** | | | **$1,125.61** | **$2,964.47** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -137.64 | 351.07 |
| Social Security | -69.79 | 183.80 |
| Medicare | -16.32 | 42.98 |
| **Net Pay** | **$142.16** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 217.53 | 545.99 |
| Total Hours Worked | 72.03 | 180.79 |

---

**Company Code**
K1 / LOL 23616909
Ciboney Inc
18874 NW 67th Avenue
Hialeah, FL 33015-3412

**Loc/Dept**
01/004

**Number**
50101

**Page**
1 of 1

## Earnings Statement

Period Starting: 07/31/2017
Period Ending: 08/13/2017
Pay Date: 08/16/2017

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
   Federal:     0          Federal:
   State:       0          State:
   Local:       0          Local:
Social Security Number:     XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 72.45 | 368.05 | 1286.46 |
| Credit card tips paid | | 0.00 | 640.37 | 2686.43 |
| Credit card tips owed | | 0.00 | 160.00 | 160.00 |
| **Gross Pay** | | | **$1,168.42** | **$4,132.89** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -144.06 | 495.13 |
| Social Security | -72.44 | 256.24 |
| Medicare | -16.95 | 59.93 |
| **Net Pay** | **$294.60** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 218.80 | 764.79 |
| Total Hours Worked | 72.45 | 253.24 |

PLAINTIFF, ALEXIS LOPEZ
000026

00238
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50270   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**



Period Starting:   12/18/2017
Period Ending:   12/31/2017
Pay Date:   01/16/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0      Federal:
   State:   0      State:
   Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 70.52 | 358.24 | 692.25 |
| Credit card tips paid | | 0.00 | 636.65 | 1276.39 |
| Credit card tips owed | | 0.00 | 268.25 | 499.49 |
| **Gross Pay** | | | **$1,263.14** | **$2,468.13** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 223.55 | 431.98 |
| Total Hours Worked | 70.52 | 136.27 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -158.27 | 307.82 |
| Social Security | -78.31 | 153.02 |
| Medicare | -18.32 | 35.79 |
| **Net Pay** | **$371.59** | |

---

**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50028   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**



Period Starting:   06/19/2017
Period Ending:   07/02/2017
Pay Date:   07/05/2017

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0      Federal:
   State:   0      State:
   Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.0800 | 60.93 | 309.52 | 309.52 |
| Credit card tips paid | | 0.00 | 635.28 | 635.28 |
| **Gross Pay** | | | **$944.80** | **$944.80** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 184.01 | 184.01 |
| Total Hours Worked | 60.93 | 60.93 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -110.52 | 110.52 |
| Social Security | -58.58 | 58.58 |
| Medicare | -13.70 | 13.70 |
| **Net Pay** | **$126.72** | |

PLAINTIFF, ALEXIS LOPEZ
000027

00131
**Company Code**   **Loc/Dept**   **Number**   **Page**
**K1 / LOL 23616909**   **01/004**   **50464**   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

**ADP**

Period Starting:   06/18/2018
Period Ending:   07/01/2018
Pay Date:   07/17/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   0   Federal:
  State:   0   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 59.67 | 312.07 | 5018.61 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 606.52 | 10242.04 |
| Credit card tips owed | | 0.00 | 123.27 | 2667.32 |
| **Gross Pay** | | | **$1,041.86** | **$18,251.47** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 180.20 | 3051.19 |
| Total Hours Worked | 59.67 | 1000.08 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -100.62 | 1898.05 |
| Social Security | -64.59 | 1131.59 |
| Medicare | -15.11 | 264.65 |
| **Net Pay** | **$255.02** | |

---

00186
**Company Code**   **Loc/Dept**   **Number**   **Page**
**K1 / LOL 23616909**   **01/004**   **50423**   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

**ADP**

Period Starting:   05/07/2018
Period Ending:   05/20/2018
Pay Date:   06/04/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   0   Federal:
  State:   0   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 75.02 | 392.35 | 4333.64 |
| Credit card tips paid | | 0.00 | 604.00 | 8599.17 |
| Credit card tips owed | | 0.00 | 142.06 | 2324.48 |
| **Gross Pay** | | | **$1,138.41** | **$15,257.29** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 226.56 | 2551.23 |
| Total Hours Worked | 75.02 | 834.53 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -112.21 | 1611.96 |
| Social Security | -70.58 | 945.95 |
| Medicare | -16.51 | 221.23 |
| **Net Pay** | **$335.11** | |

PLAINTIFF, ALEXIS LOPEZ
000028

00282
**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909   01/004   50381   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement** 

Period Starting:  03/26/2018
Period Ending:  04/08/2018
Pay Date:  04/25/2018

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
   Federal:  0    Federal:
   State:  0    State:
   Local:  0    Local:
Social Security Number:  XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 69.65 | 364.27 | 3232.73 |
| Credit card tips paid | | 0.00 | 891.51 | 6390.82 |
| Credit card tips owed | | 0.00 | 110.91 | 1720.40 |
| **Gross Pay** | | | **$1,366.69** | $11,343.95 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 210.34 | 1915.52 |
| Total Hours Worked | 69.65 | 624.03 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -139.69 | 1215.57 |
| Social Security | -84.73 | 703.32 |
| Medicare | -19.82 | 164.49 |
| **Net Pay** | **$231.03** | |

---

00200
**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909   01/004   50333   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**

Period Starting:  02/12/2018
Period Ending:  02/25/2018
Pay Date:  03/12/2018

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
   Federal:  0    Federal:
   State:  0    State:
   Local:  0    Local:
Social Security Number:  XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 64.60 | 337.86 | 2177.99 |
| Credit card tips paid | | 0.00 | 601.08 | 4130.20 |
| Credit card tips owed | | 0.00 | 153.81 | 1275.93 |
| **Gross Pay** | | | **$1,092.75** | $7,584.12 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 195.09 | 1306.48 |
| Total Hours Worked | 64.60 | 422.36 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -106.73 | 837.60 |
| Social Security | -67.76 | 470.22 |
| Medicare | -15.85 | 109.97 |
| **Net Pay** | **$301.33** | |

PLAINTIFF, ALEXIS LOPEZ
000029

00254
**Company Code**  **Loc/Dept**  **Number**  **Page**
K1 / LOL 23616909   01/004   50478   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting:   07/02/2018
Period Ending:    07/15/2018
Pay Date:          07/31/2018

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 63.18 | 330.43 | 5349.04 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 501.36 | 10743.40 |
| Credit card tips owed | | 0.00 | 127.07 | 2794.39 |
| **Gross Pay** | | | **$958.86** | **$19,210.33** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -90.66 | 1988.71 |
| Social Security | -59.45 | 1191.04 |
| Medicare | -13.90 | 278.55 |
| **Net Pay** | **$293.49** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 190.80 | 3241.99 |
| Total Hours Worked | 63.18 | 1063.26 |

---

00160
**Company Code**  **Loc/Dept**  **Number**  **Page**
K1 / LOL 23616909   01/004   50349   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

Period Starting:   02/26/2018
Period Ending:    03/11/2018
Pay Date:          03/27/2018

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   0        Federal:
  State:     0        State:
  Local:     0        Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 71.50 | 373.95 | 2551.94 |
| Credit card tips paid | | 0.00 | 595.75 | 4725.95 |
| Credit card tips owed | | 0.00 | 187.25 | 1463.18 |
| **Gross Pay** | | | **$1,156.95** | **$8,741.07** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.43 | 952.03 |
| Social Security | -71.73 | 541.95 |
| Medicare | -16.78 | 126.75 |
| **Net Pay** | **$358.26** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 215.93 | 1522.41 |
| Total Hours Worked | 71.50 | 493.86 |

PLAINTIFF, ALEXIS LOPEZ
000030

00136
**Company Code**   **Loc/Dept**   **Number**  **Page**
K1 / LOL 23616909   01/004    50317   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

Period Starting:  01/29/2018
Period Ending:   02/11/2018
Pay Date:      02/28/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0     Federal:
   State:    0     State:
   Local:    0     Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 81.65 | 427.03 | 1840.13 |
| Credit card tips paid | | 0.00 | 1041.95 | 3529.12 |
| Credit card tips owed | | 0.00 | 296.47 | 1122.12 |
| **Gross Pay** | | | **$1,765.45** | $6,491.37 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 246.58 | 1111.39 |
| Total Hours Worked | 81.65 | 357.76 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.92 | 730.87 |
| Social Security | -109.45 | 402.46 |
| Medicare | -25.59 | 94.12 |
| **Net Pay** | **$387.54** | |

---

00122
**Company Code**   **Loc/Dept**   **Number**  **Page**
K1 / LOL 23616909   01/004    50365   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

Period Starting:  03/12/2018
Period Ending:   03/25/2018
Pay Date:      04/10/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0     Federal:
   State:    0     State:
   Local:    0     Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 60.52 | 316.52 | 2868.46 |
| Credit card tips paid | | 0.00 | 773.36 | 5499.31 |
| Credit card tips owed | | 0.00 | 146.31 | 1609.49 |
| **Gross Pay** | | | **$1,236.19** | $9,977.26 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 182.77 | 1705.18 |
| Total Hours Worked | 60.52 | 554.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -123.94 | 1075.97 |
| Social Security | -76.64 | 618.59 |
| Medicare | -17.92 | 144.67 |
| **Net Pay** | **$244.33** | |

00196
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50505   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**   ADP

Period Starting:   07/30/2018
Period Ending:   08/12/2018
Pay Date:   08/27/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0      Federal:
   State:   0      State:
   Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 64.95 | 339.69 | 6022.93 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 590.00 | 11904.55 |
| Credit card tips owed | | 0.00 | 154.77 | 3071.43 |
| **Gross Pay** | | | **$1,084.46** | $21,322.41 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 196.15 | 3631.12 |
| Total Hours Worked | 64.95 | 1192.11 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -105.73 | 2193.35 |
| Social Security | -67.24 | 1321.99 |
| Medicare | -15.72 | 309.17 |
| **Net Pay** | **$305.77** | |

---

00135
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50491   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

**Earnings Statement**   ADP

Period Starting:   07/16/2018
Period Ending:   07/29/2018
Pay Date:   08/13/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   0      Federal:
   State:   0      State:
   Local:   0      Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 63.90 | 334.20 | 5683.24 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 571.15 | 11314.55 |
| Credit card tips owed | | 0.00 | 122.27 | 2916.66 |
| **Gross Pay** | | | **$1,027.62** | $20,237.95 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 192.98 | 3434.97 |
| Total Hours Worked | 63.90 | 1127.16 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -98.91 | 2087.62 |
| Social Security | -63.71 | 1254.75 |
| Medicare | -14.90 | 293.45 |
| **Net Pay** | **$278.95** | |

PLAINTIFF, ALEXIS LOPEZ
000032

00332
**Company Code** | **Loc/Dept** | **Number** | **Page**
K1 / LOL 23616909 | 01/004 | 50519 | 1 of 1
CiboneyInc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting: 08/13/2018
Period Ending: 08/26/2018
Pay Date: 09/11/2018

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0 Federal:
State: 0 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 77.37 | 404.65 | 6427.58 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 780.75 | 12685.30 |
| Credit card tips owed | | 0.00 | 122.17 | 3193.60 |
| **Gross Pay** | | | **$1,307.57** | $22,629.98 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 233.66 | 3864.78 |
| Total Hours Worked | 77.37 | 1269.48 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -132.50 | 2325.85 |
| Social Security | -81.07 | 1403.06 |
| Medicare | -18.96 | 328.13 |
| **Net Pay** | **$294.29** | |

Reserved.

---

00220
**Company Code** | **Loc/Dept** | **Number** | **Page**
K1 / LOL 23616909 | 01/004 | 50623 | 1 of 1
CiboneyInc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement



Period Starting: 12/17/2018
Period Ending: 12/30/2018
Pay Date: 01/14/2019

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 0 Federal:
State: 0 State:
Local: 0 Local:
Social Security Number: XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.4400 | 70.77 | 384.99 | 384.99 |
| Credit card tips paid | | 0.00 | 724.81 | 724.81 |
| Credit card tips owed | | 0.00 | 115.25 | 115.25 |
| **Gross Pay** | | | **$1,225.05** | $1,225.05 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 213.73 | 213.73 |
| Total Hours Worked | 70.77 | 70.77 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -122.01 | 122.01 |
| Social Security | -75.95 | 75.95 |
| Medicare | -17.76 | 17.76 |
| **Net Pay** | **$284.52** | |

.ll Rights Reserved.

00128
**Company Code**    **Loc/Dept**    **Number**    **Page**
**K1 / LOL 23616909**    **01/004**    **50547**    **1 of 1**
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

# Earnings Statement

Period Starting:    09/10/2018
Period Ending:    09/23/2018
Pay Date:    10/10/2018

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    0      Tax Override:
   State:    0      Federal:
   Local:    0      State:
               Local:
Social Security Number:    XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 73.85 | 386.24 | 7202.78 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 591.02 | 14149.17 |
| Credit card tips owed | | 0.00 | 207.10 | 3605.09 |
| **Gross Pay** | | | **$1,184.36** | **$25,280.54** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -117.72 | 2595.11 |
| Social Security | -73.43 | 1567.39 |
| Medicare | -17.18 | 366.57 |
| **Net Pay** | **$385.01** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 223.03 | 4312.41 |
| Total Hours Worked | 73.85 | 1417.70 |

©198A 2006 ADP, I I C, All Rights Reserved

Your federal taxable wages this period are $1,184.36

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

63-4/630

**Payroll Check Number:** 50547
**Pay Date:** 10/10/2018

Pay to the order of:    Alexis Lopez
This amount:    THREE HUNDRED EIGHTY FIVE AND 01/100      **$385.01**

Bank of America

Alexis Lopez
17910 NW 67 Ave
#F
Miami, FL 33015



PLAINTIFF ALEXIS LOPEZ
000034

00212
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50412   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

**ADP**

Period Starting:   04/23/2018
Period Ending:   05/06/2018
Pay Date:   05/23/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   0   Federal:
  State:   0   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Alexis Lopez
17910 NW 67 Ave
#F
Miami, FL 33015

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 74.05 | 387.28 | 3941.29 |
| Credit card tips paid | 0.00 | | 938.69 | 7995.17 |
| Credit card tips owed | 0.00 | | 237.60 | 2182.42 |
| **Gross Pay** | | | **$1,563.57** | **$14,118.88** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 221.63 | 2124.67 |
| Total Hours Worked | 74.05 | 759.51 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -163.22 | 1499.75 |
| Social Security | -96.94 | 875.37 |
| Medicare | -22.67 | 204.72 |
| **Net Pay** | **$342.05** | |

Your federal taxable wages this period are $1,563.57

©1998, 2006 ADP, LLC  All Rights Reserved.

---

00198
**Company Code**   **Loc/Dept**   **Number**   **Page**
K1 / LOL 23616909   01/004   50296   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

## Earnings Statement

**ADP**

Period Starting:   04/09/2018
Period Ending:   04/22/2018
Pay Date:   05/08/2018

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   0   Federal:
  State:   0   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Alexis Lopez
17910 NW 67 Ave
#F
Miami, FL 33015

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 61.43 | 321.28 | 3554.01 |
| Credit card tips paid | 0.00 | | 665.66 | 7056.48 |
| Credit card tips owed | 0.00 | | 224.42 | 1944.82 |
| **Gross Pay** | | | **$1,211.36** | **$12,555.31** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 185.52 | 2101.04 |
| Total Hours Worked | 61.43 | 685.46 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -120.96 | 1336.53 |
| Social Security | -75.11 | 778.43 |
| Medicare | -17.56 | 182.05 |
| **Net Pay** | **$332.07** | |

Your federal taxable wages this period are $1,211.36

©1998, 2006 ADP, LLC  All Rights Reserved.

Escaneado con CamScanner

00122

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| K1 / LOL 23616909 | 01/004 | 50365 | 1 of 1 |

Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

# Earnings Statement

**ADP**

Period Starting: 03/12/2018
Period Ending: 03/25/2018
Pay Date: 04/10/2018

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 0 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | | XXX-XX-XXXX |

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 60.52 | 316.52 | 2868.46 |
| Credit card tips paid | | 0.00 | 773.36 | 5499.31 |
| Credit card tips owed | | 0.00 | 146.31 | 1609.49 |
| **Gross Pay** | | | **$1,236.19** | $9,977.26 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 182.77 | 1705.18 |
| Total Hours Worked | 60.52 | 554.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -123.94 | 1075.97 |
| Social Security | -76.64 | 618.59 |
| Medicare | -17.92 | 144.67 |
| **Net Pay** | **$244.33** | |

©1998, 2006 ADP, LLC   All Rights Reserved

PLAINTIFF, ALEXIS LOPEZ
000036

00332
**Company Code** **Loc/Dept** **Number**
K1 / LOL 23616909   01/004   50519   1 of 1

Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

# Earnings Statement

ADP.

Period Starting:   08/13/2018
Period Ending:    08/26/2018
Pay Date:          09/11/2018

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
  Federal:    0          Federal:
  State:      0          State:
  Local:      0          Local:
Social Security Number:   XXX-XX-XXXX

Alexis Lopez
17910 NW 67 Ave
#F
Miami, FL 33015

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.2300 | 77.37 | 404.65 | 6427.58 |
| Tipped overtime hours | | | 0.00 | 323.50 |
| Credit card tips paid | | 0.00 | 780.75 | 12685.30 |
| Credit card tips owed | | 0.00 | 122.17 | 3193.60 |
| **Gross Pay** | | | **$1,307.57** | $22,629.98 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 233.66 | 3864.78 |
| Total Hours Worked | 77.37 | 1269.48 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -132.50 | 2325.85 |
| Social Security | -81.07 | 1403.06 |
| Medicare | -18.96 | 328.13 |
| **Net Pay** | **$294.29** | |

©1998, 2006, ADP, LLC   All Rights Reserved

PLAINTIFF, ALEXIS LOPEZ
000037

00220
**Company Code** **Loc/Dept** **Number** **Page**
K1 / LOL 23616909   01/004   50623   1 of 1
Ciboney Inc
18474 NW 67th Avenue
Hialeah, FL 33015-3412

# Earnings Statement

**ADP**

Period Starting:   12/17/2018
Period Ending:    12/30/2018
Pay Date:        01/14/2019

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   0      Federal:
  State:     0      State:
  Local:     0      Local:
Social Security Number:   XXX-XX-XXXX

**Alexis Lopez**
**17910 NW 67 Ave**
**#F**
**Miami, FL 33015**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Tipped hours | 5.4400 | 70.77 | 384.99 | 384.99 |
| Credit card tips paid | | 0.00 | 724.81 | 724.81 |
| Credit card tips owed | | 0.00 | 115.25 | 115.25 |
| **Gross Pay** | | | **$1,225.05** | $1,225.05 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 213.73 | 213.73 |
| Total Hours Worked | 70.77 | 70.77 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -122.01 | 122.01 |
| Social Security | -75.95 | 75.95 |
| Medicare | -17.76 | 17.76 |
| **Net Pay** | **$284.52** | |

©1998, 2006, ADP, LLC   All Rights Reserved

PLAINTIFF, ALEXIS LOPEZ
000038